# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED AUGUST 24, 2018

## NO. 03-18-00354-CV

**Delores Glass Matthews, Dorothy Glass Redus, Allen Glass, Monica Glass Reedy, Nancy Glass Jones, Mary Regina Glass Essex, Kenneth Glass, Mable Glass Burnet Nunn and Gretchen Campbell, Appellants**

**v.**

**Edward Glass, Appellee**

**APPEAL FROM THE 155TH DISTRICT COURT OF FAYETTE COUNTY
BEFORE CHIEF JUSTICE ROSE, JUSTICES PEMBERTON AND FIELD
DISMISSED FOR WANT OF PROSECUTION—OPINION BY JUSTICE PEMBERTON**

This is an appeal from the final judgment signed by the district court on April 18, 2018. Having reviewed the record, the Court holds that Delores Glass Matthews, Dorothy Glass Redus, Allen Glass, Monica Glass Reedy, Nancy Glass Jones, Mary Regina Glass Essex, Kenneth Glass, Mable Glass Burnet Nunn and Gretchen Campbell have not prosecuted their appeal and did not comply with a notice from the Clerk of this Court. Therefore, the Court dismisses the appeal for want of prosecution. The appellant shall pay all costs relating to this appeal, both in this Court and in the court below.